IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DAVID CHAVER-CASTILLO,

Petitioner,

vs.

KRISTI NOEM, Secretary of USCIS,
et al.,

Respondents.

8:26-CV-120

ORDER TO SHOW CAUSE

The petitioner seeks immediate release from U.S. Immigration and Customs Enforcement custody in the Lincoln County Detention Center in North Platte, Nebraska. Filing 1. But the petitioner failed to name his immediate custodian, the Lincoln County Sheriff, as a respondent.

The Supreme Court has explained that "in habeas challenges to present physical confinement—'core challenges'—the default rule is that the proper respondent is the warden of the facility where the prisoner is being held, not the Attorney General or some other remote supervisory official." *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). Here, the petitioner has named federal respondents who may be said to exercise the "legal reality of control" over him. *See id.* at 439. But to the extent that the petitioner challenges his present physical confinement, then his immediate custodian is the proper respondent.

An application for a writ of habeas corpus may be amended or supplemented as provided in the Federal Rules of Civil Procedure. 28 U.S.C. § 2242. Accordingly, the Court will provide the petitioner with leave to file an amended petition naming Jerome Kramer in his official capacity as Sheriff of Lincoln County as an additional respondent. And because the clerk is to serve

the petition on the respondent,[1] the Court will direct the clerk to add Kramer to the docket as an interested party in order to effect electronic service of the amended petition.

IT IS ORDERED:

1.   The Clerk of the Court shall, before docketing this order, add Jerome Kramer, in his official capacity as Sheriff of Lincoln County, as an interested party, represented by Ryan Kunhart of Dvorak Law Group LLC.

2.   The petitioner shall file an amended petition naming Kramer as an additional respondent on or before March 30, 2026.

Dated this 20th day of March, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

---

[1] Rule 1(b) of the Rules Governing Section 2254 Proceedings for the United States District Courts permits the Court to apply any or all of those rules to habeas corpus petitions arising under 28 U.S.C. § 2241. The Court chooses to apply Rule 4, which requires the clerk to serve a copy of the petition and any order on the respondents and the attorney general or any other appropriate officers.