IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DAVID CHAVER-CASTILLO,

Petitioner,

vs.

8:26-CV-120

MARKWAYNE MULLIN, in his
official capacity as Secretary of the
Department of Homeland Security, et
al.,

ORDER

Respondents.

The Court directed the petitioner to file an amended complaint naming his immediate custodian as a respondent. Filing 4. In response, the petitioner filed what he captioned as a "motion for leave to amend," indicating that the motion "serves to add Jerome Kramer in his capacity as Sheriff of the Lincoln County detention center as a respondent." Filing 11.

The Court's local rules permit it, in considering *pro se* litigants' amended pleadings, to consider an amended pleading as supplemental to the original pleading. NECivR 15.1(b). And the Court is obliged to construe *pro se* filings liberally. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007). Accordingly,

IT IS ORDERED:

1.    The petitioner's motion (filing 11) is granted.

2.    The Clerk of the Court shall amend the docket to reflect that Jerome Kramer is a respondent, rather than an interested party.

3.   The Clerk of the Court shall, pursuant to Fed. R. Civ. P. 25(d), replace respondents:

   a. "Kristi Noem, Secretary of USCIS" with "Markwayne Mullin, in his official capacity as Secretary of the Department of Homeland Security," and

   b. "Pamela Bondi, Attorney General United States" with "Todd Blanche, in his official capacity as Acting Attorney General of the United States."

Dated this 6th day of April, 2026.

BY THE COURT:

_____

John M. Gerrard
Senior United States District Judge