IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID CHAVER-CASTILLO,<br><br>Petitioner,<br><br>vs.<br><br>JEROME KRAMER, in his official capacity as Sheriff of Lincoln County, et al.,<br><br>Respondents. | 8:26-CV-120<br><br>JUDGMENT |

For the reasons stated in the accompanying memorandum and order, judgment is entered in favor of the petitioner. The government shall provide the petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and the corresponding regulations on or before April 15, 2026, or else the petitioner must be immediately released from detention.

Dated this 8th day of April, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge